IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR92 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RYAN M. DEVINE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael F. Maloney, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Ryan M. Devine [31] due to a conflict of interest.   Good cause being shown, the motion will be granted and new CJA counsel will be appointed.

IT IS ORDERED:

1. That the Motion to Withdraw [31] is granted.
2. The court appoints Michael J. Lehan to represent the defendant.  The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.
3. Michael F. Maloney shall be deemed withdrawn as attorney of record and shall forthwith provide Michael J. Lehan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to the defendant's defense.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge